CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 30 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NATHANIEL BOYD,<br>    Petitioner, | )<br>)<br>) | Civil Action No. 7:17-cv-00086 |
| v. | )<br>)<br>) | **ORDER**<br><br>By:  Hon. Jackson L. Kiser |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS, <u>et al.</u>,<br>    Respondents. | )<br>)<br>) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 30th day of March, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge